# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NATE WALKER

NO. 2022 KW 1337

**MARCH 13, 2023**

---

In Re:     Nate  Walker,  applying  for  supervisory  writs,  23rd
           Judicial  District  Court,  Parish  of  Ascension,  No.
           22852.

---

**BEFORE:    THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include
a  file-stamped  copy  of  the  application  for  postconviction
relief, the district court's ruling thereon, the order granting
an  evidentiary  hearing,  the  State's  response,  bill  of
information, pertinent district court minutes, and any other
portions of the district court's record that might support the
claims  raised  in  the  writ  application.  Therefore,  this  court
cannot  adequately  review  the  ruling  at  issue  herein.
Supplementation of this writ application and/or an application
for  rehearing  will  not  be  considered.  See  Uniform  Rules  of
Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.   In the event
relator elects to file a new application with this court, he may
do  so  without  the  necessity  of  obtaining  a  return  date.  Any
future  filing  on  this  issue  should  include  the  entire  contents
of this application, the missing items noted above, and a copy
of this ruling.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_a.s._

---
DEPUTY CLERK OF COURT
FOR THE COURT